

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2020

No. 04-20-00305-CV

**IN THE INTEREST OF A.K.P., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01650
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On August 26, 2020, because the clerk's record did not contain a final order, we dismissed this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Appellant timely filed a motion for rehearing which indicated the trial court signed a final order on August 7, 2020.

On September 14, 2020, the Bexar County District Clerk filed a supplemental clerk's record containing the trial court's August 7, 2020 final order.

Appellant's motion for rehearing is GRANTED. We REINSTATE this appeal on the court's submission docket.

Appellant's notice of appeal, which was filed before the trial court signed the final order, is deemed timely filed. *See* TEX. R. APP. P. 27.1(a). Appellant's Amended Notice of Appeal and First Motion to Extend Time to File Appeal Documents are MOOT.

Appellant's brief is due within TWENTY DAYS of the date of this order.

It is so **ORDERED** September 21, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court